**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7694**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

D'LANTIA REMARIO TAYLOR,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:05-cr-00431-REP-1)

———————

Submitted: April 6, 2012           Decided: May 3, 2012

———————

Before AGEE, KEENAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

D'Lantia Remario Taylor, Appellant Pro Se. Michael Calvin Moore, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

D'Lantia Remario Taylor appeals the district court's order denying his motion to correct or amend the court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582 (2006). We have reviewed the record and conclude that the court correctly found it was without authority to consider the motion. See United States v. Goodwyn, 596 F.3d 233, 235 (4th Cir. 2010). Accordingly, we affirm. We deny Taylor's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED